# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JANELLE SEIFORTH,    ) | |
| )   | |
| Plaintiff,   ) | CIVIL ACTION NO.: |
| )   | 1:12-cv-00853-MHS |
| v.   ) | |
| )   | |
| TALENT LOGIC, INC.,   ) | |
| )   | |
| Defendant.   ) | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, counsel for plaintiff Janelle Seiforth ("plaintiff") and counsel for defendant Talent Logic, Inc. ("defendant") hereby stipulate that plaintiff's claims against defendant in the above-captioned case are hereby **DISMISSED WITHOUT PREJUDICE**.  All parties shall bear their own costs and fees.

Dated:  June 19, 2012.

                                          **s/ Alan H. Garber**
                                          Alan H. Garber
                                          Georgia Bar No. 283840
                                          Marc Garber
                                          Georgia Bar No. 283847
                                          THE GARBER LAW FIRM, P.C.
                                          Suite 14, 4994 Lower Roswell Road
                                          Marietta, GA  30068
                                          (678) 560-6685
                                          (678) 560-5067 (facsimile)

ahgarber@garberlaw.net
mngarber@garberlaw.net

**COUNSEL FOR PLAINTIFF**

*s/ Robert O. Sands*
Robert O. Sands
Georgia Bar No. 626136
Deepa N. Subramanian
Georgia Bar No. 278625
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
One Ninety One Peachtree Tower
191 Peachtree Street, N.W. – Suite 4800
Atlanta, GA  30303
Telephone:  (404) 881-1300
Fax:  (404) 870-1732
Robert.sands@odnss.com
Deepa.subramanian@odnss.com

**COUNSEL FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

Dated:  June 19, 2012.

*s/ Alan H. Garber*
Alan H. Garber

2